Certificate Number: 05821-ILN-DE-011858804

Bankruptcy Case Number: 10-28574

05821-ILN-DE-011858804

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 2, 2010</u>, at <u>8:07</u> o'clock <u>PM PDT</u>, Iwona Biedermann completed a course on personal financial management given by internet by BKEDCERT.com a d/b/a of Pacific Rim Institute for Development and Education, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date: <u>August 2, 2010</u>　　By: <u>/s/Payam Afsharian</u>

　　　　　　　　　　　　　　Name: <u>Payam Afsharian</u>

　　　　　　　　　　　　　　Title: <u>Director</u>